JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-5202FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| VERNON ROBERT GRIFFIN, | ) | |
| Defendant. | ) | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to July 13, 2006.

DONE this 28th day of June, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_/s/_____          /s/_____
Colin A. Fieman                                    Gregory Gruber
Attorney for Defendant                       Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE            1