JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5202FDB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| vs. ) | MOTION TO CONTINUE |
| ) | SUPPRESSION HEARING AND |
| VERNON ROBERT GRIFFIN, ) | TRIAL DATE |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the stipulated motion of the parties to continue the suppression hearing and the trial date, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(I).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE SUPPRESSION HEARING & TRIAL DATE
(*Griffin*; CR06-5202B)                            1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1  4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from August 14, 2006 to October 16, 2006. The resulting period of delay from August 14, 2006, up to and including the new trial date of October 16, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial motions are due no later than August 22, 2006.

Pre-trial conference shall be on October 5, 2006, at 2:00 pm.

The evidentiary hearing on Defendant's motion to suppress will be rescheduled under separate Order of the Court.

DONE this 31st day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

s/ Colin Fieman                            s/ Gregory Gruber
Attorney for Defendant          Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE SUPPRESSION HEARING & TRIAL DATE
(*Griffin*; CR06-5202B)                            2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**